AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>6 PIT BULL TYPE DOGS,<br>*Defendant* | )<br>)<br>) Civil Action No.    3:22-cv-02587<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other: the defendant properties, 6 Pit Bull Type Dogs, are hereby forfeited to the United States, and all other claims to the defendant properties are forever foreclosed and barred.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❏ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding who granted the plaintiff's motion for default judgment.

Date:   September 15, 2022                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                 s/ Amanda D. Hilley
                                                                                    *Signature of Clerk or Deputy Clerk*